IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANGELA MILLER, | : | NO. 15-02473 |
| Defendant. | : | |

## DEFAULT JUDGMENT

**AND NOW**, this 9th day of October, 2015, it appearing by Affidavit of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I. Puleo, Esq., that the Complaint in the above-captioned action was filed in this Court on May 4, 2015 and, after due service of process on Defendant, Angela Miller, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

**JUDGMENT IS ENTERED** in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, Angela Miller, in the amount of $ 2,610.30.  Judgement is to accrue interest at the current legal rate, compounded annually until paid in full.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1